IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00242-EWN-MJW

NORTHSTAR BRIDGES, LLC, LESLIE BUTTORFF
and JUDY PFOUNTZ,

Plaintiffs,

v.

FIRST CITY REAL ESTATE DEVELOPMENT CORP.
SOUTHLANDS AT THE BRIDGES, LLC, CLINTON
BLUM, as Personal Representative of the Estate of
Delbert Lawrence Day, Jr., BLACK CANYON GOLF
CLUB LLLP and ALL UNKNOWN PERSONS WHO CLAIM
ANY INTEREST IN THE SUBJECT OF THIS ACTION,

Defendants.

---

## ~~PROPOSED~~ SUPPLEMENT TO SCHEDULING ORDER

---

The undersigned parties hereby propose to supplement the April 6, 2007 Scheduling Order as follows:

### 8. CASE PLAN AND SCHEDULE

e.  Deposition Schedule:

As all parties have not appeared in this action, the names of all persons to be deposed and the dates of such depositions have not yet been determined. Nevertheless, the following is a list of likely deponents. This will be modified and supplemented as the remaining parties enter their appearances and serve their respective Rule 26(a)(1) Disclosures.

| Name of Deponent | Date of Deposition | Time of Deposition | Expected Length of Deposition |
|---|---|---|---|
| Mel McDougal | | | 4 hours |
| Alan Brown | | | 4 hours |
| Robert Beisenherz | | | 7 hours |
| Anthony Russo | | | 7 hours |
| Leslie Buttorf | | | 1 hour |
| Judy Pfountz | | | 1 hour |
| Clinton Blum | | | 2 hours |

254945

DATED this 30T day of April 2007.

BY THE COURT:

*[signature]*

United States Magistrate Judge

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

254945

Dated this 30th day of April, 2007

| s\ *Original Signature on File* | s\ *Original Signature on File* |
|---|---|
| Attorneys for Plaintiffs<br>Cole A. Wist<br>Donna M. Vetrano<br>PATTON BOGGS LLP<br>1801 California Street, Suite 4900<br>Denver, CO 80202 | Attorneys for Defendant Leelynn, Inc<br>Larry O. Gildea<br>324 East 12th Avenue, Suite 2<br>Eugene, Oregon 97401-3274 |
| s\ *Original Signature on File*<br><br>Attorneys for Defendant Estate of Delbert Lawrence Day, Jr<br>G.G. Alan Vaughan<br>6480 W. Sumac Ave.<br>Littleton, CO 80123 | |

254945