IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00242-EWN-MJW

NORTHSTAR BRIDGES, LLC, et al.,

Plaintiff(s),

v.

FIRST CITY REAL ESTATE DEVELOPMENT CORP.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Defendant Black Canyon Golf Course LLLP's Motion to Amend Scheduling Order (docket no. 42) is GRANTED finding good cause shown and further finding that there is no reason to delay ruling on the subject motion consistent with D.C.COLO.LCivR 7.1 C.  In pertinent part, D.C.COLO.LCivR 7.1 C states: "Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed."  The Amended Scheduling Order (docket no. 42-2) is APPROVED and made an Order of Court and shall supersede all prior scheduling orders entered in this case.  Defendant Black Canyon Golf Course LLLP shall be permitted to depose Plaintiffs Leslie Buttorff and Judy Pfountz for an additional five (hours) each.

In this case Plaintiff had not served Defendant Black Canyon Golf Course LLLP when this court originally entered a Scheduling Order even though Plaintiff filed this lawsuit on February 1, 2007 (docket no. 1).  The original Scheduling Order was entered by this court on April 6, 2007 (docket no. 16).  Any delay in this case which has resulted in this court having to adjust the Scheduling Order has been because of delay by Plaintiff.  If Plaintiff would have used due diligence in serving Defendant Black Canyon Golf Course LLLP immediately after this case was filed, then this Amended Scheduling Order would have been unnecessary, and additional time to take Plaintiffs Leslie Buttorff's and Judy Pfountz's deposition would have been unnecessary.

Date: July 10, 2007