IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00242-EWN-MJW

NORTHSTAR BRIDGES, LLC, LESLIE BUTTORFF,
and JUDY PFOUNTZ,

Plaintiffs,

v.

FIRST CITY REAL ESTATE DEVELOPMENT CORP.,
SOUTHLANDS AT THE BRIDGES, LLC,
CLINTON BLUM, as Personal Representative of the Estate of
Delbert Lawrence Day, Jr., BLACK CANYON GOLF CLUB LLLP,
LEELYNN, INC., and
ALL UNKNOWN PERSONS WHO CLAIM ANY
INTEREST IN THE SUBJECT OF THIS ACTION,

Defendants.

---

ORDER OF DISMISSAL

---

THIS MATTER having come before the Court upon a Stipulated Motion for Dismissal, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that:

1. All claims between Plaintiffs and Defendant Clinton Blum, as Personal Representative of the Estate of Delbert Lawrence Day, Jr., are dismissed with prejudice; and

2. With the exception of attorneys' fees referenced in paragraph 7 of the Stipulation for Allowance of Claims, filed December 11, 2007, in the matter captioned *In the Matter of the Estate of Delbert Lawrence Day, Jr.*, Arapahoe County District Court, Case No. 2006-PR-1126, the parties shall bear their own attorneys' fees and costs related to the dismissed claims.

Dated this 20th day of December, 2007.

BY THE COURT:

s/ Edward W. Nottingham
Chief United States District Judge