IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00242-EWN-MJW

NORTHSTAR BRIDGES, LLC, LESLIE BUTTORFF,
and JUDY PFOUNTZ,

Plaintiffs,

v.

FIRST CITY REAL ESTATE DEVELOPMENT CORP.,
SOUTHLANDS AT THE BRIDGES, LLC,
CLINTON BLUM, as Personal Representative of the Estate of
Delbert Lawrence Day, Jr., BLACK CANYON GOLF CLUB LLLP,
LEELYNN, INC., and
ALL UNKNOWN PERSONS WHO CLAIM ANY
INTEREST IN THE SUBJECT OF THIS ACTION,

Defendants.
_____

ORDER OF DISMISSAL
_____

THIS MATTER, having come before the Court on Plaintiffs' Unopposed Motion for Dismissal, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that, in accordance with the Notices of Dismissal, Stipulations of Dismissal, and Orders of Dismissal, claims against all parties have been resolved. Accordingly, this action is dismissed.

Dated this 8th day of January, 2008.

BY THE COURT:

s/ Edward W. Nottingham
Chief United States District Judge